# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Optex Systems, Inc. ) ASBCA No. 58220
)
Under Contract No. W52H09-06-D-0229 )

APPEARANCE FOR THE APPELLANT: Albert B. Krachman, Esq.
    Blank Rome LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Lawrence P. Gilbert, JA
    CPT Cali Y. Kim, JA
    Trial Attorneys

## ORDER OF DISMISSAL

The appeal has been settled and appellant has requested it be dismissed with prejudice. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 13 January 2016

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58220, Appeal of Optex Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals